**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:**<br><br>**MARK D. COLAFRANCESCHI, SR.** | **CHAPTER 13**<br><br>**CASE NO.  17-00607-TLM** |

### TRUSTEE'S FINDINGS AND RECOMMENDATIONS

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor(s) plan, petition, and any amendments and does not believe that the Plan complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**

1. Debtor indicates that he has a claim against his prior spouse for money owed to him based on equity in real estate that they owned together pursuant to a prenuptial agreement. Schedule B will need to be amended to list this claim. Additionally, Trustee has requested a copy of the prenuptial agreement as well as the lawsuit which the Debtor filed or will be filing.
2. Debtor also indicated that he has a lawsuit against his prior spouse for defamation, battery, and assault. Trustee has requested a copy of that lawsuit as well.  That claim is already listed on Schedule B.
3. Debtor will need to amend the Statement of Financial Affairs to list funds he received in the two years prior to filing from an allowance.
4. Pursuant to the objection to the homestead exemption and to Debtor's plan Trustee filed on behalf of Todd Wilcox will need documentation of the value of the Debtor's real estate based on the allegation that the real estate is worth significantly more than the value listed in Schedule A.
5. Debtor needs to resolve the objection to confirmation filed by Todd Wilcox.

6. Debtor recently began employment as a 1099 employee for a chiropractic business in Ada County. Trustee will need documentation of this income as well as the expenses the Debtor incurs traveling to Meridian for to do this work.
7. Debtor's plan proposes that the Debtor sell a 2006 BMW within 12 months of the filing of the case and turning over the proceeds of the sale to the Trustee for the benefit of the creditors. The Debtor values this vehicle at $5,750. Trustee will need a method to monitor the sale and turnover of funds from said transaction. Plan payments are to increase by $283 per month in a year when the vehicle is sold and the debt is paid off. Plan payments should increase earlier if the vehicle is sold prior to the date indicated.
8. Trustee conducted her business inspection on June 9, 2017 and found the business to be consistent with the Debtor's schedules.
9. Trustee is unable to determine the amount necessary to meet the best interest of the creditor's requirement in this matter as many of the Debtor's assets are unliquidated, such as his lawsuits against Julie Neustadt. There will need to be a provision in any confirmation order that the Debtor will turnover any funds recovered from those claims to the extent necessary to pay unsecured creditors in full.
10. Counsel for the Debtor will need to file a detailed fee application for attorney's fees requested of $5500.

DATED: July 11, 2017

/s/ Kathleen McCallister__
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

HYRUM MASON ZEYER
Attorney at Law
HYRUM@PETERSONZEYERLAW.COM

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

MARK D. COLAFRANCESCHI, SR.
323 DEINHART LANE STE B
MCCALL, ID 83638

                                                      /s/  Matthew Mallard
                                              **Matthew Mallard, Case Administrator**