**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Mark D. Colafranceschi, Sr.** | **CASE NO. 17-00607-TLM** |

### TRUSTEE'S AMENDED MOTION TO DISMISS

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Motion to Dismiss states as follows:

1. Debtor filed this case on May 16, 2017.  Confirmation of Debtor's initial plan was denied on July 25, 2017. An amended plan was subsequently filed on August 21, 2017.

2. A hearing was held on Creditors objection to confirmation of the amended plan on January 23, 2018.  At the hearing the parties agreed that Debtor would file an amended plan and schedules to resolve the Trustee's issues and Creditors objection to confirmation was overruled.

3. As of today's date the Debtor has not yet filed an amended plan or schedules to resolve the confirmation issues. Said delay is unreasonable and the Debtor's case should be dismissed.

4. Debtor is self-employed and also has a job that pays him wages. Debtor continues to operate a business that claims business expenses which exceed business income at the expense of his unsecured creditors. In the alternative, Debtor continues to deduct personal expenses for travel to get to his employment as well as food and clothing as business expenses at the expense of his unsecured creditors. Debtor is double dipping on his living expenses.

5. This case is now over twelve months old and Debtor has not yet proposed a confirmable plan.

6. Subsequent to the hearing held on March 20, 2018 the Trustee had several conversations with the Debtor telephonically, however any attempts to resolve the balance of the issues that remain in this case in order to achieve a confirmable plan have thus far proven fruitless. Debtor has not contacted the Trustee or made any noticeable attempt to resolve the issues remaining with his case since the hearing held on May 15, 2018.

7. The Debtor is in material default. The last payment made in this case was received on February 8, 2018 and the Debtor is currently in default on his plan payments $1,770.

WHEREFORE, the Trustee prays that Debtor's case be dismissed for unreasonable delay and material default.

DATED: June 7, 2018

      /s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Mark D. Colafranceschi, Sr.
PRO SE

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Mark D. Colafranceschi, Sr.
323 Deinhart Lane Ste B
McCall, ID 83638

    /s/  Matthew Mallard
**Matthew Mallard, Case Administrator**