Mark D. Colafranceschi
323 Deinhard Lane Suite B
McCall ID 83638
208-315-1010 cellular telephone
208-634-1010 facsimile telephone
208-634-2323 office drcolasclinic.com
Markcola40@gmail.com



## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| MARK D. COLAFRANCESCHI | CASE NO. 17-00607-TLM |
|---|---|
| Debtor | Chapter 13 |
| | Debtors Motion |

COMES NOW Mark D. Colafranceschi pro se: sworn and states the following. Debtor moves this court to release the ten Chapter 13 payments debtor has paid to trustee.

1. Debtor has been exhausted and unable to proceed with the Chapter 13 plan due to bad acts of Julie Neustadt and necessity of debtor to sell off assets to meet transcripts costs at the district court level.

2. Debtor respectfully request this court direct Trustee to release payments made by debtor back to debtor.

3. Debtor does not object to the $400.00 costs that trustee claims in the Chapter 13 plan.

4. Debtor is unable to proceed in bankruptcy because district Court Judge Jason Scott claims that a stay on appeal for the CV 2016-125 case is not warranted and is forcing debtor to settle transcript fees. This hypocrisy does not allow debtor to

1

borrow money or sell items to meet the demands of the district court Judge Scotts order as per ordered by the Federal Bankruptcy Court.

5. Debtor reluctantly stipulates to Trustless motion to dismiss this case.

6. Debtor thanks Judge Meyers for his honorable and virtuous conduct in this matter.

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Dated This 11th day of June 2018

Mark D. Colafranceschi

*Mark D. Colafranceschi D.C.*

CERTIFICATE OF SERVICE

I Mark D. Colafranceschi certify that I will fax to Trustee office This June 11th 2018

2

Mark D. Colafranceschi

*[signature]*
Mark D. Colafranceschi D.C.

Filed: 06/07/2018 12:45:02
Fourth Judicial District, Valley County
Douglas A. Miller, Clerk of the Court
By: Deputy Clerk - Knapp, Gabrielle

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF VALLEY

| | |
|---|---|
| JULIE A. NEUSTADT,<br><br>Petitioner-Respondent,<br><br>vs.<br><br>MARK D. COLAFRANCESCHI,<br><br>Respondent-Appellant. | Case No. CV-2016-125<br><br>ORDER |

On June 5, 2018, Appellant Mark D. Colafranceschi filed a document entitled "Clarification," in which he asks for a ruling as to whether this appeal is stayed because of his bankruptcy filing. Generally speaking, a bankruptcy filing results in an automatic stay of litigation against the debtor. 11 U.S.C. § 362(a)(1). But the automatic stay doesn't apply to actions "for the dissolution of a marriage, except to the extent that such proceeding seeks to determine the division of property that is property of the estate." 11 U.S.C. § 362(b)(2)(A)(iv). This appeal stems from an action for the dissolution of Colafranceschi's marriage to Respondent Julie A. Neustadt. Thus, the automatic stay doesn't apply to this appeal, except to any extent it involves division of property that is property of Colafranceschi's bankruptcy estate. The Court has reviewed the original and amended notices of appeal filed by Colafranceschi on January 18, 2017, and February 21, 2017, respectively. Having done so, the Court sees no indication that this appeal involves division of property that is property of Colafranceschi's bankruptcy estate. (*See* 11 U.S.C. § 541 for a listing of what is property of a bankruptcy estate.) Consequently, the Court has no reason to think that the automatic stay applies to this appeal.

ORDER - 1

On May 17, 2018, the Court denied Colafranceschi's request under I.C. § 31-3220 for a waiver of the court reporter's fee for preparation of the transcript needed for this appeal. The Court understands that he has yet to pay the transcript fee, despite being delinquent on his obligation to do so under paragraph 4 of the Order Establishing Appellate Procedure entered on March 7, 2017. Colafranceschi is given fourteen additional days, running from this order's entry, in which to make payment. He is notified that failure to make payment within that period will result in this appeal's dismissal.

     IT IS SO ORDERED.

*Jason D. Scott*  Signed: 6/7/2018 12:32 PM
Jason D. Scott
DISTRICT JUDGE

ORDER - 2

CERTIFICATE OF MAILING

Signed: 6/7/2018 12:47 PM

I hereby certify that on the _____ day of May, 2018, I served a true and correct copy of the within instrument to:

Mark D. Colafranceschi
323 Deinhard Lane, Suite B     Via Email
McCall, ID 83638

Scot M. Ludwig
LUDWIG SHOUFLER MILLER JOHNSON, LLP
scot@lsmj-law.com                Via Email

DOUGLAS A. MILLER
Clerk of the District Court

By: _____
Deputy Court Clerk

ORDER - 3