**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Mark D. Colafranceschi, Sr. | CASE NO. 17-00607-TLM |

**AGREED ORDER DISMISSING CASE ON TRUSTEE'S MOTION**

**THIS MATTER** coming before the Court on Trustee's Amended Motion to Dismiss filed on June 7, 2018 (docket no. 127), due notice having been given and the parties being in agreement that the case should be dismissed, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that this case be and the same is hereby dismissed on Trustee's Motion.

DATED:  June 15, 2018



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen A. McCallister, Attorney for Trustee

/s/_____
Mark D. Colafranceschi, Sr., pro se