Mark D. Colafranceschi
323 Deinhard Lane Suite B
McCall ID 83638
208-315-1010 cellular telephone
208-634-1010 facsimile telephone
208-634-2323 office drcolasclinic.com
Markcola40@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| MARK D. COLAFRANCESCHI <br><br> Debtor | CASE NO. 17-00607-TLM <br><br> Chapter 13 <br><br> Debtors Objection to Fees |

COMES NOW Mark D. Colafranceschi pro se: sworn and states the following. Debtor responds and objects to Hyrum Zeyer's request for attorney fees, and or Request for money held by Trustee.

1. I agree that $2000.00 in attorney fees should be awarded to Zeyer for his appearance in the homestead motion. I have paid him $1500.00 and $500.00 from the Trustees holdings shall be stipulated to complete and satisfy.

2. I object to all other fees Zeyer requested because Zeyer misrepresent the courts in this action.

3. Furthermore I object to all other fees because Zeyer claims Trustee is crazy along with other claims that Trustee acts in bad faith. This concluding that Zeyer had no intention on completing Chapter 13, nor did he inform me of this ahead of time.

1

4. I object to all of fees because Zeyer refused to act competently in these proceedings regarding completing an accurate and truthful Chapter 13 plan on my behalf.

5. Mr. Zeyer willfully misrepresented the courts in his motion in March 2018.

6. I Debtor have now been unable to complete this Chapter 13 bankruptcy because of Zeyer's misrepresentation to the court and myself.

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Dated This 3rd day of July 2018

Mark D. Colafranceschi

CERTIFICATE OF SERVICE

I Mark D. Colafranceschi certify that I provided conforming copies stamped and labeled for this court.

Hyrum Zeyer:

Kathleen McCallister

Mark D. Colafranceschi

2